**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>RADTKE, JOHN R.<br>RADTKE, KAREN M.<br><br>       Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07-10647 H<br><br>JUDGE Jacqueline P. Cox |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:    U.S. BANKRUPTCY COURT
           219 South Dearborn, Courtroom 619
           Chicago, Illinois 60604

    on:    **June 18, 2008**
    at:    **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $         15,111.05

    b. Disbursements                         $          2,336.39

    c. Net Cash Available for Distribution   $         12,774.66

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| GLENN R. HEYMAN<br>(Trustee Fees) | 0.00 | $2,261.11 | |

| | | |
|---|---:|---:|
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Fees) | 0.00 | $4,950.00 |
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Expenses) | 0.00 | $69.48 |
| Popowcer Katten, Ltd. (Trustee's Accountant Fees) | 0.00 | $798.00 |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $60,696.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 7.74%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 1 | Nordstrom FSB | $ 4,408.51 | $ 341.09 |
| 2 | Discover Bank/DFS Services LLC | $ 9,713.99 | $ 751.57 |
| 3 | Pacitti Stable | $ 4,264.00 | $ 329.91 |
| 4 | Chase Bank USA | $ 7,572.19 | $ 585.86 |
| 5 | Marathon Petroleum Company LLC | $ 1,254.22 | $ 97.04 |
| 6 | Recovery Management Systems Corporation | $ 204.00 | $ 15.78 |
| 7 | eCAST Settlement Corporation assignee of | $ 2,844.12 | $ 220.05 |
| 8 | LVNV Funding LLC its successors and assigns as | $ 7,033.56 | $ 544.19 |
| 9 | LVNV Funding LLC its successors and assigns as | $ 17,007.70 | $ 1,315.88 |
| 10 | National City | $ 6,393.92 | $ 494.70 |
| 11 | LVNV Funding LLC its successors and assigns as | $ 451.83 | $ 0.00 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.         Debtor has been discharged.

10.       The Trustee proposed to abandon the following property at the hearing: real property 9416 S. Major, Oak Lawn, IL, checking accounts LaSalle and Archer banks, household goods and furnishings, jewelry and 50% interest in standard breed race horse.

Dated:   **May 19, 2008**                  For the Court,

                                                            By: **KENNETH S. GARDNER**
                                                               Kenneth S. Gardner
                                                                Clerk of the United States Bankruptcy Court
                                                                219 S. Dearborn Street; 7th Floor
                                                                Chicago, IL  60604

Trustee:    GLENN R. HEYMAN
Address:   135 S. LaSalle Street, #3705
               Chicago, IL  60603
Phone No.: (312) 641-6777

## SERVICE LIST

**JOHN R. RADTKE & KAREN M. RADTKE**
**07 B 10647**

Glenn R. Heyman
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603

Lois West
Popowcer Katten, Ltd.
35 East Wacker Drive, Suite 1550
Chicago, IL  60601-2207

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1             Date Rcvd: May 19, 2008
Case: 07-10647                Form ID: pdf002          Total Served: 29
```

The following entities were served by first class mail on May 21, 2008.
```
db          +John R. Radtke,    9416 S. Major,    Oak Lawn, IL 60453-2330
jdb         +Karen M. Radtke,   9416 S. Major,    Oak Lawn, IL 60453-2330
aty         +William J Moroney,    William J Moroney Attorney at Law,    29 South LaSalle Street,   Suite 328,
              Chicago, IL 60603-1553
tr          +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
              Chicago, IL 60603-4101
11421704     Bank United,    PO Box 650350,    Dallas, TX 75265-0350
11421703    +Bank of America,    Collections Department, 4261,    PO Box 53137,    Phoenix, AZ 85072-3137
11421705     Bloomingdales/FDSNB,    P.O. Box 8052,    Mason, OH 45040-8052
11421706    +Chase,    600 Market St,    PO Box 15005,    Wilmington, DE 19894-0001
11754852     Chase Bank USA,    c o Weinstein and Riley, PS,    po box 3978,    seattle, WA 98124-3978
11421707    +Chase Card Services,    P.O. Box 659409,    San Antonio, TX 78265-9409
11421708     Citi Cards,    Card Service Center,    P.O. Box 6077,    Sioux Falls, SD 57117-6077
11421709     Citifinancial,    P.O. Box 6931,    The Lakes, NV 88901-6931
11421711    +John F. Gregorio,    Two North LaSallle, Suite 1650,    Chicago, IL 60602-4035
11421712     Marathon Oil Company,    Department 0109,    Cincinnati, OH 45274-0109
11758750    +Marathon Petroleum Company LLC,    P O Box 81,    Findlay, OH 45839-0081
11917774    +National City,    P.O. Box 94982,    Cleveland, OH 44101-4982
11421713     National City Visa,    P.O. Box 856176,    Louisville, KY 40285-6176
11421715    +Pacitti Stable,    Box 216,    Monee, IL 60449-0216
11421717    +Sears,    PO Box 182228,    Columbus, OH 43218-2228
11421718     Sears Premier,    P.O. Box 182149,    Columbus, OH 43218-2149
11421719    +Union Plus Mastercard,    PO Box 88000,    Baltimore, MD 21288-0001
11869338     eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
              POB 35480,    Newark NJ 07193-5480
```

The following entities were served by electronic transmission on May 20, 2008.
```
11421710      E-mail/PDF: mrdiscen@discoverfinancial.com May 20 2008 06:55:27     Discover,    PO Box 30943,
               Salt Lake City, UT 84130-0943
11732639      E-mail/PDF: mrdiscen@discoverfinancial.com May 20 2008 06:55:27
               Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
11899046      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11721189     +E-mail/PDF: bnc@nordstrom.com May 20 2008 06:50:09     Nordstrom FSB,    P.O. Box 6566,
               Englewood, CO 80155-6566
11421714     +E-mail/PDF: bnc@nordstrom.com May 20 2008 06:50:09     Nordstrom FSB,    P.O. Box 13589,
               Scottsdale, AZ 85267-3589
11421716     +E-mail/PDF: gecsedi@recoverycorp.com May 20 2008 04:59:46     Q Card,    PO Box 105975,
               Atlanta, GA 30348-5975
11816539     +E-mail/PDF: rmscedi@recoverycorp.com May 20 2008 05:00:44
               Recovery Management Systems Corporation,    For GE Money Bank,    dba QCARD,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
              Chicago, IL 60603-4101
                                                                                             TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 21, 2008**          **Signature:** _Joseph Speetjens_